An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: THE BYPASS TRUST OF THE SCHNIZLEIN FAMILY TRUST DATED DECEMBER 7, 1990,

No. 64039

MARK SCHNIZLEIN; KAREN REAGAN; MELANIE SCHNIZLEIN; AND HEIDI WELNICK,
Appellants,
vs.
MEGAN SCHNIZLEIN; AND PREMIER TRUST,
Respondents.

**FILED**

AUG 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Having reviewed the parties' July 22, 2014, stipulation to dismiss this appeal, the stipulation is approved, and this appeal is hereby dismissed.

It is so ORDERED.[1]

_____, C.J.

cc:  Hon. Gloria Sturman, District Judge
The Rushforth Firm, Ltd.
Mark Schnizlein
Grant Morris Dodds PLLC
Eighth District Court Clerk

---

[1]We deny as moot respondents' April 1, 2014, motion to dismiss this appeal.

14-26031